UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 21-3362 PSG (RAOx) | Date: | March 16, 2022 |
| Title: | Experience Hendrix, L.L.C. et al. v. Andrew Pitsicalis | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | Tape No.: CourtSmart 03/16/2022 |
|---|---|
| Deputy Clerk | Court Recorder: CourtSmart System |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Charles Weir<br>Dorothy Weber | Andrew Pitsicalis, pro se |

**Proceedings:**     MINUTES OF ZOOM HEARING AND ORDER RE: APPLICATION FOR ORDER TO SHOW CAUSE RE: CONTEMPT SANCTIONS [29]

       The case was called and Judgment Debtor Andrew Pitsicalis ("Pitsicalis"), proceeding pro, and counsel for Judgment Creditors Experience Hendrix, L.L.C. and Authentic Hendrix, LLC (collectively, "Judgment Creditors") made their video appearances. The Court and the parties discussed Judgment Creditors' Application for Order to Show Cause Re: Contempt Sanctions ("OSC Application"). Dkt. No. 29. For the reasons stated on the record, the Court DENIES without prejudice Judgment Creditors' OSC Application.

       As to Mr. Pitsicalis' responses to Judgment Creditors' First Set of Requests for Production of Documents ("RFPs"), the Court previously found that the RFPs fall within the broad scope of discovery permitted in judgment debtor proceedings. Dkt. No. 20 at 6-7. The Court finds that Mr. Pitsicalis' January 19, 2022 responses and production are not sufficient for the reasons stated on the record and as argued by Judgment Creditors in their OSC Application. The Court orders Mr. Pitsicalis to provide verified supplemental response to the RFPs by **April 15, 2022**. Counsel for Judgment Creditors shall reach out to Mr. Pitsicalis by email or phone by **April 29, 2022** if there are questions or issues regarding the supplemental responses. The parties should meet and confer in good faith on these questions or issues with the goal of making the judgment debtor examination ("JDE") as productive as possible.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No.: | CV 21-3362 PSG (RAOx) | Date: | March 16, 2022 |
| Title: | Experience Hendrix, L.L.C. et al. v. Andrew Pitsicalis | | |

    Mr. Pitsicalis' JDE is set for **May 9, 2022 at 10 a.m.**  Judgment Creditors' counsel has indicated that counsel will travel to Las Vegas to take the examination in person.[1]  The portion of the JDE involving the Court will begin at 10 a.m. via Zoom.  If Mr. Pitsicalis would like counsel to represent him at the JDE, the attorney must file a Notice of Appearance in advance of the JDE.  The attorney may indicate either in the Notice of Appearance or separately that the attorney is requesting a limited representation.  The Court will address the attorney's appearance and request for limited representation at the beginning of the May 9, 2022 hearing.

    The Court provides the following guidance for Mr. Pitsicalis about his obligations in supplementing his RFP responses, most of which was explained at the March 16 hearing:

- Mr. Pitsicalis must make a diligent effort to obtain responsive documents in his possession, custody, or control.  Such efforts include, for example, searching paper and electronic files and reaching out to entities or individuals that may have physical possession of documents.
- To the extent Mr. Pitsicalis obtains further documentation, he must produce it.
- In his written supplemental responses to each RFP, Mr. Pitsicalis must state, if applicable, whether any responsive documents were produced on January 19, 2022, and whether any additional responsive documents are being produced with the supplemental responses.  Mr. Pitsicalis must then set forth why no further responsive documents exist in his possession, custody, or control.  If there are responsive documents that either do exist or existed previously that have not been produced to Judgment Creditors, Mr. Pitsicalis must explain in detail his diligent efforts to obtain such documents.
- To the extent Mr. Pitsicalis objects to an RFP, Mr. Pitsicalis may preserve his objections by stating them in writing.  However, Mr. Pitsicalis must still provide a complete response and/or production as explained above.

---

[1] On November 3, 2021, the Court ordered that the JDE would take place in person.  Dkt. No. 20.  The Court then modified that ruling in its January 6, 2022 order due to the surge in COVID-19 cases, and stated the JDE should be taken remotely.  Dkt. No. 28.  The Court expressly provided the option for Judgment Creditors to request further modification of that portion of the order at a later date if they believed an in-person JDE was necessary.  *Id.*  The Court finds that the circumstances of the COVID-19 pandemic have improved such that an in-person JDE is now appropriate, assuming conditions do not worsen significantly by May 9, 2022.  The parties should meet and confer on safety protocols.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 21-3362 PSG (RAOx) | Date: | March 16, 2022 |
| Title: | Experience Hendrix, L.L.C. et al. v. Andrew Pitsicalis | | |

- The Court notes that the period covered by the RFPs is September 18, 2020 to the present, unless otherwise specified.  *See* OSC Application, Weir Decl., Ex. 10.  In other words, for any requests that specify a time period, Mr. Pitsicalis shall search for responsive documents for that time period.  For any requests that do not specify a time period, Mr. Pitsicalis shall search for responsive documents for the period of September 18, 2020 to the present.
- Even if Mr. Pitsicalis has previously produced documents to Judgment Creditors outside of the instant matter, such as under the settlement in the underlying action in the Southern District of New York, Mr. Pitsicalis must still search for and produce those documents if they are responsive to the RFPs issued as part of judgment debtor proceedings in the instant action.  Mr. Pitsicalis need not re-produce any documents from his January 19, 2022 production in the instant matter.

**The Clerk is directed to provide a courtesy copy of this order to Mr. Pitsicalis and Judgment Creditors' counsel by email.**

**IT IS SO ORDERED.**

|  |  |
|---|---|
|  | 0 : 57 |
| Initials of Preparer | dl |